United States Court of Appeals
Fifth Circuit

**F I L E D**

June 23, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-41657
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

PIERRE CHARLES BELLE,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:03-CR-12-1
--------------------

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender, counsel for Pierre Charles

Belle, has moved for leave to withdraw and has filed a brief as

required by Anders v. California, 386 U.S. 738 (1967).  Belle has

filed a response stating his intention to proceed "in proper

person" and seeking a 60-day extension of time to file a brief.

Belle's request for an extension of time is DENIED.  See United

States v. Wagner, 158 F.3d 901, 902-03 (5th Cir. 1998).

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Our independent review of the brief, the record, and Belle's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.